# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 1:23-MJ-192-DH |
| | § | |
| LUDVIN GONZALEZ-LOPEZ | § | |

## O R D E R

On April 17, 2023, the Court held a Preliminary Hearing pursuant to Fed. R. Crim. P. 5.1 and 18 U.S.C. § 3060. Counsel were admonished as required by the Due Process Protection Act.

Having considered all the evidence, the Court finds that the evidence, sufficient in nature, has established that there is probable cause to believe that the offense charged in the Criminal Complaint, Possession with Intent to Distribute and Conspiracy to Possess with Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, which is a schedule 2 controlled substance, in violation of 21 U.S.C. §§ 841 and 846, has been committed, and that the defendant committed it. Accordingly, the defendant is required to appear for further proceedings.

**SIGNED** on April 17, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE